**United States District Court**
Western District of Texas
El Paso Division

FILED
Aug 23 2024
Clerk, U.S. District Court
Western District of Texas

By: ___*MG*___
Deputy

**UNITED STATES OF AMERICA** §
§
vs. § **Case Number: EP:24-CR-00243(1)-KC ATB**
§
**(1) VICTOR ARELLANO** §
§

*Defendant*

## ORDER SETTING ATTORNEY MATTERS

IT IS HEREBY ORDERED that the above entitled and numbered case is set for ATTORNEY MATTERS in Magistrate Courtroom, Room 412, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

**Monday, August 26, 2024 at 11:00 AM**

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of and ordered to comply with (1) the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of violating this Order, which may include sanctions such as delay of trial or other proceedings, the exclusion of evidence, the giving of adverse jury instructions, the granting of a new trial, the dismissal of charges, or contempt proceedings.

IT IS SO ORDERED this **23rd day of August, 2024.**

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE