| | |
|---|---|
| **United States District Court**<br>Western District of Texas<br>El Paso Division | FILED<br>Nov 4 2024<br>Clerk, U.S. District Court<br>Western District of Texas<br><br>By: _____*MG*_____<br>Deputy |

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | Case Number: EP:24-CR-00243(1)-KC |
| § | |
| **(1) VICTOR ARELLANO** § | |
| § | **IN PERSON** |
| *Defendant* | |

## ORDER SETTING PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for PLEA in Magistrate Courtroom, Room 412, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

<u>**Wednesday, December 04, 2024 at 9:00 AM**</u>

The Court finds that the interests of justice outweigh the interests of Defendant and the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense of this case, and that the time from October 31, 2024 through December 04, 2024, is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FURTHER ORDERED that if for any reason the defendant or counsel is not available that the attorney of the defendant must file a motion for continuance waiving defendant's speedy trial rights for the period of the continuance.

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of and ordered to comply with (1) the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of violating this Order, which may include sanctions such as delay of trial or other proceedings, the exclusion of evidence, the giving of adverse jury instructions, the granting of a new trial, the dismissal of charges, or contempt proceedings.

IT IS SO ORDERED this the 4th day of November, 2024.

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO:  EP:24-CR-00243(1)-KC |
| (1) VICTOR ARELLANO | § | |

**<u>DEFENDANT'S WAIVER OF RULE 32 TIME LIMITS</u>**

Rule 32 of the Federal Rules of Criminal Procedure and Rule CR-32 of the Local Court Rules of the United States Court for the Western District of Texas specify time limits for the disclosure and submission of the presentence report.

Having been fully apprised by my counsel of record of these time limits, I hereby knowingly and voluntarily waive the limits, set out in Fed. R. Crim. P. 32(e)(2), 32(f)(l), and 32(g).

I understand that by waiving these time limits, the time limits set out in Local Rule CR-32(b) will apply.

_____       _____
                Date                                                  Defendant

                                                                _____
                                                                Attorney for Defendant

                                                                _____
                                                                Assistant U.S. Attorney

APPROVED: _____       _____
                      Date                                             ANNE T. BERTON
                                                                       UNITED STATES MAGISTRATE JUDGE